Commonwealth ex rel. Prater, Appellant, *v.*
Myers.

Submitted March 19, 1963. Before RHODES, P. J.,
ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*Earl F. Prater*, appellant, in propria persona.

*William C. Cahill, III*, Assistant District Attorney,
for appellee.

484

OPINION PER CURIAM, April 18, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge E. ARNOLD FORREST of the Court of Common Pleas of Montgomery County, as reported in 29 Pa. D. & C. 2d 521.